UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2085 CAS (MANx) | Date | April 11, 2012 |
|---|---|---|---|
| Title | JON CARPENTER v. GARY M. KASSARDJIAN, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers:) ORDER TO SHOW CAUSE FOR FAILURE TO OBTAIN CONSENT FOR REMOVAL FROM ALL DEFENDANTS

**I.   INTRODUCTION**

On September 6, 2011, plaintiff Jon Carpenter filed the instant action in Los Angeles County Superior Court against Gary M. and Hilda H. Kassardjian, in their individual and representative capacities as trustees of the Kassardjian Family Trust, and Does 1–10. Plaintiff alleges violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, et seq. and the Unruh Civil Rights Act, Cal. Civ. Code §§ 51–53. Plaintiff alleges that defendants, as store owners, have failed to provide a van-accessible parking space for disabled persons.

On March 12, 2012, defendant Matthew Meshekoff, in his capacity as Trustee to the Bauer Trust ("Meshekoff"), filed a notice of removal.

**II.   DISCUSSION**

28 U.S.C. § 1446(b) requires notice of removal to be filed within thirty days of receipt, by the defendant, of the initial pleading setting forth the claim for relief. All defendants must join in the removal within 30 days after the first defendant is served. Teitelbaum v. Soloski, 843 F. Supp. 614, 615 (C.D. Cal. 1994).

Here, Meshekoff's removal appears to be improper because Gary and Hilda Kassardjian have not joined in the removal. Neither party is even mentioned in the notice of removal. Accordingly, Meshekoff is hereby ORDERED to SHOW CAUSE on

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-2085 CAS (MANx) | Date | April 11, 2012 |
|---|---|---|---|
| Title | JON CARPENTER v. GARY M. KASSARDJIAN, ET AL. | | |

or before May 1, 2012, why the instant action should not be remanded for failure to join all defendants in removal.  See Teitelbaum, 743 F. Supp. at 615.

   IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |