| | |
|---|---|
| Raymond G. Ballister, Jr., Esq.<br>Mark Potter, Esq.<br>Center for Disability Access<br>9845 Erma Road, Suite 300<br>San Diego, CA 92131<br>Tel: (858) 375-7385<br>Fax: (858) 422-5191<br>mark@potterhandy.com | JS-6 |

Attorneys for Plaintiff Jon Carpenter

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

| | |
|---|---|
| Jon Carpenter,<br><br>           Plaintiff,<br><br>           vs.<br><br>Gary M Kassardjian, in his individual and representative capacity as Trustee -- Kassardjian Family Trust; Hilda H. Kassardjian, in her individual and representative capacity as Trustee -- Kassardjian Family Trust; and Does 1-10,<br><br>           Defendants. | Case No. CV12-2085 CAS (MANx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**<br><br><br><br>Complaint Filed:  September 6, 2011<br>Trial Date:           None Set |

1  Having reviewed the stipulation of the parties for dismissal of this action with
2  prejudice and finding good cause thereon,

3

4  IT IS ORDERED that this action be dismissed in its entirety and as to all parties
5  and causes of action with prejudice, with each party to bear its own costs and fees
6  incurred against one another.

7  **IT IS SO ORDERED.**

8

9  Dated:  June 27, 2012                    _____
10                                          HON. CHRISTINA A. SNYDER
                                            U.S. DISTRICT COURT JUDGE